IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

RON CRAWFORD and TRACY BLOSS, )
                               )
        Plaintiffs,            )
                               )
vs.                            )   Case No: 07-CV-529-GKF-SAJ
                               )
CITY OF GROVE,                 )
A Municipal Corporation,       )
                               )
        Defendant.             )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Ron Crawford and Tracy Bloss, and the Defendant, City of Grove, jointly stipulate that the above referenced case should be dismissed against the Defendant with prejudice to the refiling thereof pursuant to Fed. R. Civ. P. 41(a)(1). Each side is to bear their own costs and attorneys' fees.

_____
James R. Moore, OBA #6343
MOORE & VERNIER, P.C.
ATTORNEYS AT LAW
301 N.W. 63rd Street, Suite 550
Oklahoma City, Oklahoma 73116
Telephone: (405) 843-9675
Facsimile:  (405) 843-9680
james.moore@moorelawok.com
ATTORNEY FOR PLAINTIFFS

_____
John E. Priddy, OBA #13604
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, Oklahoma 74103-4508
Telephone: (918) 585-9211
Facsimile:  (918) 583-5617
johnp@rfrlaw.com
ATTORNEY FOR DEFENDANT